

Entered on Docket
April 29, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
10-71082

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-12768-lbr |
|---|---|
| Warren Curtis Stuart | Date: 4/19/2010<br>Time: 10:30 am |
| | Chapter 7 |
| Debtor. | |

**ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 3400 Cascade Falls Dr., Buford, GA 30519.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.

Submitted by:

**WILDE & ASSOCIATES**

By: _____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Christine M. Stokes
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Lenard E Schwartzer
Chapter 7 Trustee

1   In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
2   ____    The court waived the requirements of LR 9021.
    ____    No parties appeared or filed written objections, and there is no trustee appointed in the case.
3   ____    No parties appeared or filed written objections, and the trustee is the movant.
    _x_    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4           copy of this proposed order to all counsel who appeared at the hearing, and any trustee
            appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5           approved or disapproved the order, or failed to respond, as indicated below:

6   Debtor's counsel:
7   ____ approved the form of this order          ____ disapproved the form of this order
    ____ waived the right to review the order and/or  _x_ failed to respond to the document
8   ____ appeared at the hearing, waived the right to review the order
9   ____ matter unopposed, did not appear at the hearing, waived the right to review the order
    Trustee:
10  ____ approved the form of this order          ____ disapproved the form of this order
    ____ waived the right to review the order and/or  _x_ failed to respond to the document
11

12  ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
13       counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
         parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
14       respond, as indicated below.

15  Debtor's counsel:
16  ____ approved the form of this order          ____ disapproved the form of this order
    ____ waived the right to review the order and/or  ____ failed to respond to the document
17  ____ appeared at the hearing, waived the right to review the order
18  ____ matter unopposed, did not appear at the hearing, waived the right to review the order
19  Trustee:
20  ____ approved the form of this order          ____ disapproved the form of this order
    ____ waived the right to review the order and/or  ____ failed to respond to the document
21
22  ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
         written objection.
23
24  Submitted by:
    /s/ Gregory L. Wilde, Esq.
25  Gregory L. Wilde, Esq.
    Attorney for Secured Creditor
26